UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
SEP 1 2000
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

EMILY PETRI, )
By next friend, Lori Buehler, )
)
Plaintiff, )
)
vs. ) No. 4:00CV47-DJS
)
MARSHALL SCOTT ENTERPRISES, INC., )
and MIKE ADAMS, )
)
Defendants. )

### ENTRY OF DEFAULT

Defendant Mike Adams having failed to timely answer or otherwise defend against the complaint served on him January 31, 2000,

**A DEFAULT IS HEREBY ENTERED** against defendant Mike Adams pursuant to Fed.R.Civ.P. 55(a).

Dated this __1st__ day of ~~August~~ September, 2000.

James G. Woodward



UNITED STATES DISTRICT COURT -- EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 09/06/00 by lkresko
            4:00cv47    Petri vs Marshall Scott Entrp

42:2000e  Job Discrimination (Employment)

| | |
|---|---|
| Matthew Hearne -   86601 | Fax: 314-863-4247 |
| Christopher Kanzler -   62156 | Fax: 314-862-3953 |
| W. McCarter -   3786 | Fax: 314-862-3953 |

Mr. Mike Adams
6821 S. Broadway
St Louis, MO 63111

SCANNED & FAXED BY:
SEP - 6 2000
J. M. W.