RECEIVED
SEP 29 2000
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

FILED
OCT 3 2000
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| EMILY PETRI<br>BY NEXT FRIEND, LORI BUEHLER,<br><br>Plaintiff,<br><br>vs.<br><br>MARSHALL SCOTT ENTERPRISES, INC.<br>AND MIKE ADAMS,<br><br>Defendant. | Cause No. 4:00CV00047DJS<br><br>So Ordered<br>[signature]<br>10/3/2000 |

## DISMISSAL WITH PREJUDICE

Comes now Plaintiff Emily Petri through her attorney and dismisses her cause of action against Defendants Marshall Scott Enterprises, Inc., and Mike Adams with prejudice.

BELZ & JONES P.C.

_____
Matt Hearne #86601
7777 Bonhomme, Suite 1710
St. Louis, MO 63105
Telephone 314-863-0200
Telefax 314-863-4247

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT -- EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 10/03/00 by lkresko
    4:00cv47    Petri vs Marshall Scott Entrp

42:2000e  Job Discrimination (Employment)

| | |
|---|---|
| Matthew Hearne - 86601 | Fax: 314-863-4247 |
| Christopher Kanzler - 62156 | Fax: 314-862-3953 |
| W. McCarter - 3786 | Fax: 314-862-3953 |

SCANNED & FAXED BY:
OCT -3 2000
C L F